UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

BERNARD JOSEPH TALAGA SANGA
AND MARGARETTE ANNE TENG
SANGA,

    *Plaintiffs,*

vs.

NEPTUNE FLOOD INCORPORATED
D/B/A INDIAN HARBOR
INSURANCE COMPANY,

    *Defendant.*

**COMPLAINT FOR DAMAGES**
*Florida Bar #68274*

COME NOW Plaintiffs, BERNARD JOSEPH TALAGA SANGA AND MARGARETTE ANNE TENG SANGA, (hereafter collectively called "Plaintiffs") by and through the undersigned attorneys, and hereby sue Defendant, NEPTUNE FLOOD INCORPORATED D/B/A INDIAN HARBOR INSURANCE COMPANY, and allege:

**NATURE OF THE ACTION**

1. This is an action for money damages arising from Defendant's breach of the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiffs as a result of the loss notwithstanding having acknowledged coverage for the loss.

## PARTIES

2. Plaintiff, BERNARD JOSEPH TALAGA SANGA, is a named homeowner of the property located at 661 23rd Avenue S, St. Petersburg, FL 33705 (hereafter called the "Property") and resides in Ocala, FL.

3. Plaintiff, MARGARETTE ANNE TENG SANGA, is a named homeowner of the property located at 661 23rd Avenue S, St. Petersburg, FL 33705 and resides in Ocala, FL.

4. Defendant, NEPTUNE FLOOD INCORPORATED, was and is a foreign profit corporation incorporated in the State of Delaware, and Defendant was and is authorized by the Florida Department of Financial Services to issue property insurance policies in Florida doing business as INDIAN HARBOR INSURANCE COMPANY.

## JURISDICTION AND VENUE

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between each Plaintiff and the Defendant, and the amount in controversy exceeds $75,000.00. Diversity of citizenship because Plaintiffs, BERNARD JOSEPH TALAGA SANGA AND MARGARETTE ANNE TENG SANGA, are citizens of Florida. Defendant, NEPTUNE FLOOD INCORPORATED, is a citizen of Delaware doing business as INDIAN HARBOR INSURANCE COMPANY in the state of Florida.

6. Defendant has agreed to submit to the jurisdiction of this Court when it agreed that all actions brought under this insurance policy shall be sited in the appropriate Florida court, and Defendant has conducted business in the State of Florida and this Judicial District, and has committed a breach of contract causing harm in this State and Judicial District.

7. Pursuant to 28 U.S.C. § 1391, venue properly lies in the Judicial because Plaintiffs, BERNARD JOSEPH TALAGA SANGA AND MARGARETTE ANNE TENG SANGA, reside in this Judicial District, a substantial part of the events giving rise to the claims herein occurred in this Judicial District and because Defendant has agreed to submit to the personal jurisdiction of appropriate courts located in Florida to adjudicate or determine any lawsuit arising under the parties' contract giving rise to this lawsuit.

## FACTS

8. At all times material hereto, in consideration of premiums paid by Plaintiffs, there was in full force and effect certain insurance policy being Policy number ASR3593783 (hereafter called the "Policy"). Plaintiffs do not have a true and complete copy of the Policy, but Defendant has a true and correct copy of the Policy. Plaintiffs reserve the right to supplement this by attaching a copy of the Policy after same is provided by Defendant in response to discovery requests.

9. Under the terms of the Policy, Defendant insured Plaintiffs against certain losses to the subject Property.

10. On or about 9-26-24, while the Policy was in full force and effect, Plaintiffs suffered a covered loss; to wit: flood causing damage to the property (hereafter the "loss").

11. Defendant assigned claim number 968680 to the loss.

12. Defendant acknowledged coverage for the actual cash value and replacement cost value of the loss in amounts unilaterally determined by Defendant to be the total amount of the actual cash value and replacement cost loss.

13. Plaintiffs notified Defendant that it was in disagreement as to Defendant's unilateral determination as to the total amount of the actual cash value and replacement cost loss.

14. Defendant has failed and/or refused to pay the full amount of insurance proceeds due Plaintiff as a result of the loss.

15. Defendant has breached the insurance policy contract by refusing to pay the full amount of insurance proceeds due Plaintiffs as a result of the loss notwithstanding having acknowledged coverage for the loss.

16. All conditions precedent to the filing of this action have been met or have been waived.

17. Plaintiffs have been obligated to engage the undersigned attorneys for the prosecution of this action and is entitled to a reasonable attorney's fees and costs.

WHEREFORE, Plaintiffs sue Defendant for damages in excess of $75,000.00, plus court costs and reasonable attorney's fees, and such other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs request a jury trial on all issues so triable.

Date: October 1, 2025    Respectfully submitted,

VYACHESLAV BORSHCHUKOV, P.A
Attorneys for Plaintiffs
*Bernard Joseph Talaga Sanga and*
*Margarette Anne Teng Sanga*


BY:   */s/ Slava Borshchukov*
      VYACHESLAV BORSHCHUKOV, ESQ.
      FLORIDA BAR NO.: 68274
      514 SE 11th Court
      Fort Lauderdale, Florida 33316
      Telephone   (305) 503-5985
      Fax No.     (305) 503-5986
      Primary Email:    service@vb.legal
      Secondary e-mail:  fjeanlouis@vb.legal